FILED:  January 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1441**

_____

ALYSSA REID,

        Plaintiff – Appellant,

v.

JAMES MADISON UNIVERSITY, a public university; JONATHAN R. ALGER, sued in his official and individual capacities; HEATHER COLTMAN, sued in her official and individual capacities; ROBERT AGUIRRE, sued in his official and individual capacities; AMY M. SIROCKY-MECK, sued in her official and individual capacities,

        Defendants – Appellees,

and

JANE OR JOHN DOES, sued in their official and individual capacities; UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, Secretary of U.S. Department of Education, sued in his official capacity,

        Defendants.

_____

O R D E R

_____

The court amends its opinion filed January 9, 2024, as follows:

On page 2, in the attorney information section, the firm information for Gregory

Dolin is updated to NEW CIVIL LIBERTIES ALLIANCE, Washington, D.C.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk